**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   SUSANA CRUZ  

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                               CASE NO.  3:98-cr-00133-04-HRH

 Pam Richter 

PROCEEDINGS: **CLERK'S NOTICE**              DATE: July 24, 2006

       In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Susana Cruz.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration on or before August 16, 2006.