Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>SUSANA CRUZ,<br><br>   Defendant. | NO. 3:98-cr-00133-HRH<br><br>**ENTRY OF APPEARANCE** |

  Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant SUSANA CRUZ in the above-captioned action.

  DATED at Anchorage, Alaska this 23rd day of August 2006.

           Respectfully submitted,

           s/Rich Curtner
           Federal Defender
           601 West Fifth Avenue, Suite 800
           Anchorage, AK 99501
           Phone:  907-646-3400
           Fax:   907-646-3480
           E-Mail:  rich_curtner@fd.org

Certification:
I certify that on August 23, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Richard Pomeroy
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner