Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSANA CRUZ,<br><br>    Defendant. | NO. 3:98-cr-00133-HRH<br><br>**UNOPPOSED MOTION TO RELEASE PASSPORT** |

   Susan Cruz asks this court for an order directing the Clerk of Court to release her passport. Ms. Cruz was required to surrender her passport to the court as a condition of release in the above-styled matter. The Clerk of Court has notified counsel that they have Ms. Cruz's passport in their possession, and will destroy it unless claimed (Docket No. 489). Accordingly, it is appropriate to return her passport.

   The government does not oppose this request.

   This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 23rd day of August 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on August 23, 2006,
a copy of the *Unopposed Motion
to Release Passport* was served
electronically on:

Dan Cooper
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Ave., # 48, Rm. 168
Anchorage, AK  99513-7562

s/Rich Curtner