Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSANA CRUZ,<br><br>    Defendant. | NO. 3:98-cr-00133-HRH<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Susana Cruz.

2. Ms. Cruz was required to surrender her passport to the Clerk of Court as a condition of release pending resolution of her case.

3. Ms. Cruz has been sentenced and is currently in custody at FCI Dublin. It is appropriate to return Ms. Cruz's passport.

4. On July 24, 2006, the Clerk of Court filed a notice that Ms. Cruz's passport is in their possession, and will be destroyed unless claimed  (*See*, Docket No. 489).

5. On August 23, 2006, I spoke with Assistant U.S. Attorney Dan Cooper. Mr. Cooper indicated that the government does not oppose this request.

6. Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to me or a representative of the Federal Public Defender Office.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*RICH CURTNER*
RICH CURTNER

SUBSCRIBED AND SWORN to before me this 23rd day of August 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 23, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Richard Pomeroy
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Ave., # 48, Rm. 168
Anchorage, AK  99513-7562

s/Rich Curtner

*United States v. Susana Cruz*
Case No. 3:98-cr-00133-HRH