NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:98-cr-00133-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | NON-OPPOSITION TO |
| | ) | DEFENDANT'S MOTION FOR |
| SUSANA CRUZ, | ) | TRANSFER OF CIVIL ACTION TO |
| | ) | NORTHERN DISTRICT OF |
| Defendant. | ) | CALIFORNIA |
| | ) | |

COMES NOW the United States of America, by and through counsel, and

non-opposes defendant's motion to transfer the matter before the court on her

petition for a writ of habeas corpus to the Northern District of California.

Defendant has filed a petition pursuant to 28 U.S.C. §2241.  There is no

venue in the District of Alaska for a petition under § 2241.  A § 2241 habeas

petition may be brought only in the district that has personal jurisdiction over her

current custodian.  Brittingham v. United States, 982 F.2d 378, 379 (9th Cir.

1992)(per curiam); United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984).

According to Ms. Cruz' counsel, she is currently incarcerated in the Bureau of

Prisons Facility in Dublin, California.  Therefore venue for her claims is proper

only in the Northern District of California.

RESPECTFULLY SUBMITTED this 7th day of September, 2006, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on September ,7 2006,
a copy of the foregoing, was served,
via Electronic Filing, on:

Rich Curtner

s/ Karen Loeffler