UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>SUSANA CRUZ,<br><br>             Defendant. | 3:98-cr-00133-04-HRH-JDR<br><br>**RECOMMENDATION REGARDING MOTION FOR TRANSFER OF CASE TO NORTHERN DISTRICT OF CALIFORNIA**<br><br>(Docket No. 487) |

Defendant **Susana Cruz** moves the court to have this case transferred to the Northern District of California pursuant to 28 U.S.C. §§ 1631 and 2241, and for appointment of counsel in the Northern District of California, under the Criminal Justice Act, 18 U.S.C. § 3006A. Docket No. 487. The government filed a non-opposition at Docket No. 495. The motion appears well taken, *see* United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984). Accordingly, the motion to transfer and appointment of attorney should be granted. IT IS SO RECOMMENDED.

In the interest of justice and to expedite the business of the court this Recommendation shall be filed as a Final Recommendation.

DATED this 7th day of September, 2006, at Anchorage, Alaska.

          <u>/s/ John D. Roberts</u>
          JOHN D. ROBERTS
          United States Magistrate Judge