```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,         )
                                  )
                   Plaintiff,     )
                                  )
        vs.                       )
                                  )
JUAN VALDEZ, et al.,              )
                                  )
                   Defendants.    )    No. 3:98cr0133-HRH
_____)
                                  )
This Order Pertains to:           )
                                  )
SUSANA CRUZ         [D-04]        )
_____)
```

O R D E R

Motion to Transfer

Defendant Susana Cruz moves to transfer this case to the Northern District of California and for the appointment of counsel.[1] This motion is unopposed.[2] The assigned United States magistrate judge has entered a final report and recommendation, proposing that the motion be granted.[3] Having fully reviewed this matter, the court adopts as its own the findings and conclusions of the final

---

[1] Clerk's Docket No. 487.

[2] Clerk's Docket No. 495.

[3] Clerk's Docket No. 496.

report and recommendation.  The motion to transfer and for appointment of counsel is granted.

        DATED at Anchorage, Alaska, this <u>10th</u> day of October, 2006.

                              <u>/s/ H. Russel Holland</u>
                              United States District Judge