IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
                                )
       vs.                      )
                                )
JUAN VALDEZ, et al.,            )
                                )
                 Defendants.    )   No. 3:98cr0133-HRH
_____)
                                )
This Order Pertains to:         )
                                )
SUSANA CRUZ         [D-04]      )
_____)
```

O R D E R

Motion to Transfer

      Defendant Susana Cruz moves to transfer this case to the Northern District of California and for the appointment of counsel.[1] This motion is unopposed.[2] The assigned United States magistrate judge has entered a final report and recommendation, proposing that the motion be granted.[3] Having fully reviewed this matter, the court adopts as its own the findings and conclusions of the final

---

[1]     Clerk's Docket No. 487.

[2]     Clerk's Docket No. 495.

[3]     Clerk's Docket No. 496.

- 1 -

report and recommendation. The motion to transfer and for appointment of counsel is granted.

DATED at Anchorage, Alaska, this 10th day of October, 2006.

/s/ H. Russel Holland
United States District Judge