# EXHIBIT A

```
                    PROGRESS REPORT                    04-24-2008


RSP OF: DUB DUBLIN FCI                 US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        5701 8TH ST - CAMP PARKS
        DUBLIN, CA 94568
        925 833-7500                                              REDACTED
NAME: CRUZ, SUSANA              REGNO: 14352-112 AGE(DOB):
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
|  |  | CReed |

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL _X_ PRE-RELEASE ___ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
   LOW     /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

T 21 USC 846/841: CONSP IN RELATION TO COCAINE TRAFFICKING/
DIST & POSS OF COCAINE W/I TO DIST.
  168 MONTHS/5 YEARS

DATE COMPUTATION BEGAN: 01-21-2000
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED:<br>+ JAIL CREDIT - INOP TIME |
|---|---|---|
| 0     /0     /0 | 432 | M:      89 D:  9<br>+ 351      JC - 0     INOP |

| PROJECTED RELEASE DATE: 04-17-2011 | PROJECTED RELEASE METHOD: GCT REL |
|---|---|

```
DETAINERS/PENDING CHARGES:
IMMIGRATION & NATURALIZATION
      POSS DEPORTATION

CO-DEFENDANTS:
Refer to PSI


------------------------ INSTITUTIONAL ADJUSTMENT --------------------------
```

Ms. Cruz was initially classified in April 200. Since her arrival, she has made a positive adjustment to incarceration. Ms. Cruz has maintained clear conduct since arriving at FCI Dublin. She has established a positive rapport with staff and her peers. She is not considered a management problem.

A. PROGRAM PLAN: At her initial and subsequent program meetings, she has been encouraged to participate in voluntary groups, correctional counseling and vocational training classes.

```
DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                      BP-CLASS-3
```

```
NAME:  CRUZ, SUSANA                    REGNO: 14352-112

B.  WORK ASSIGNMENTS: Ms. Cruz has received good work performance evaluations from her
work detail supervisors.

INST    WORK ASSIGNMENT                         START DATE      STOP DATE

DUB     CHAPEL       CHAPEL CLERK               01-25-2008      CURRENT
DUB     VACATION     VACATION                   01-21-2008      01-25-2008
DUB     CHAPEL       CHAPEL CLERK               06-02-2007      01-21-2008
DUB     VACATION     VACATION                   05-29-2007      06-02-2007
DUB     CHAPEL       CHAPEL CLERK               08-29-2006      05-29-2007
DUB     F/S DINE     F/S DINE                   08-29-2006      08-29-2006
DUB     ADM DET      ADMINISTRATIVE DETENTION   08-25-2006      08-27-2006
DUB     ADM DET      ADMINISTRATIVE DETENTION   08-24-2006      08-25-2006
DUB     CHAPEL       CHAPEL CLERK               08-10-2006      08-24-2006
DUB     UNIT C ORD   UNIT C ORDERLY             08-05-2006      08-10-2006
DUB     ADM DET      ADMINISTRATIVE DETENTION   07-10-2006      08-02-2006
DUB     UNIT C ORD   UNIT C ORDERLY             02-20-2006      07-10-2006
DUB     AD WRK PM    AD WRK DETAIL (YARD)       04-08-2005      02-20-2006

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION:

-------------------------------  EDUCATION INFORMATION  ---------------------------
FACL  ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
DUB   ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT    04-11-2000 1727 CURRENT
DUB   GED HAS    COMPLETED GED OR HS DIPLOMA    07-18-2002 1434 CURRENT

---------------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION                  START DATE STOP DATE  EVNT AC LV  HRS

DUB F      ENGLISH COMPUTER LAB 530-630PM 10-18-2007 01-29-2008  P  C  P   40
DUB F      ILLUSTRATOR MTW 730AM-1130AM   05-02-2007 06-27-2007  P  C  P   33
DUB F      VT OFFICE MTWTHF PM EDUC-BLD   02-06-2006 04-18-2006  P  W  V  108
DUB F      YOGA MONDAY 10:00-11:30 AM     02-04-2006 03-16-2006  P  C  P    6
DUB F      VT OFFICE MTWTHF PM EDUC-BLD   10-04-2005 12-29-2005  P  W  V   65
DUB F      WELLNESS REC SAT 1PM/THUR 7PM  08-01-2005 09-29-2005  P  C  P    8
DUB F      INTRO INTO BEADING/MON/530-7   03-08-2005 04-04-2005  P  C  P    6
DUB F      AEROBICS                       03-10-2005 03-28-2005  P  C  P    3

---------------------------------  HIGH TEST SCORES  ------------------------------
TEST       SUBTEST      SCORE    TEST DATE      TEST FACL    FORM       STATE
ABLE       LANGUAGE      6.3     06-19-2000     DUB          SABE
           NUMBER OPR    7.1     06-19-2000     DUB          SABE
           PROB SOLV     3.8     06-19-2000     DUB          SABE
           READ COMP     9.2     06-19-2000     DUB          SABE
SABE/2     MATH COMP     7.1     06-20-2000     DUB
           MATH CONC     3.8     06-20-2000     DUB
           READ COMP     6.3     06-20-2000     DUB
           VOCABULARY    9.2     06-20-2000     DUB

D.  COUNSELING PROGRAMS: Ms. Cruz participated in the Transitions, Parenting and
Wellness programs.


E.  INCIDENT REPORTS:

    NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.


F.  INSTITUTIONAL MOVEMENT:

INSTITUTION      ASSIGNMENT    REASON FOR MOVEMENT              EFFECTIVE DATE
DUB F            A-DES         OTHER AUTH ABSENCE RETURN        08-25-2006
DUB F            A-DES         OTHER AUTH ABSENCE RETURN        04-08-2005
```

NAME; CRUZ, SUSANA                                REGNO:   14352-112

G.  PHYSICAL AND MENTAL HEALTH: Ms. Cruz has no medical restrictions or mental health concerns at this time.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

```
FRP ASSIGNMENT                            START DATE
COMPLT          FINANC RESP-COMPLETED     02-12-2005
```

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS:

```
CMA ASSIGNMENT (REL PREP)                 START DATE
RPP INELIG      RELEASE PREP PGM INELIGIBLE   04-18-2000
```

PRE-RELEASE PREP DATE:  N/A

RESIDENCE: To be determined

EMPLOYMENT: To be determined

USPO:  District of Alaska
       Karen Brewer, Chief Probation Officer
       168 Federal Bldg. And United States Courthouse
       222 West 7th Street
       Anchorage, AK   99513

J.  RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
    CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

    18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

    ( ) YES   (X) NO

    18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____CR Reed_____   C CASE MANAGER (DATE)  4/24/08
             C. REED, EXT 255
DATE TYPED: __4/24/08__

REVIEWED BY: __CR Reed Acting_____   CUNIT MANAGER (DATE)  4/24/08
             D. KNUTSON EXT 250

```
  DUB05   540*23 *           SENTENCE MONITORING          *      04-24-2008
PAGE 001         *           COMPUTATION DATA             *      15:17:38
                              AS OF 04-24-2008

REGNO..: 14352-112 NAME: CRUZ, SUSANA


FBI NO...........: 392176XA8            DATE OF BIRTH:    REDACTED
ARS1.............: DUB/A-DES
UNIT.............: C                    QUARTERS.....: C04-142L
DETAINERS........: YES                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-17-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-17-2011 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: ALASKA
DOCKET NUMBER...................: A:98CR00133-004
JUDGE...........................: FITZGERALD
DATE SENTENCED/PROBATION IMPOSED: 01-21-2000
DATE COMMITTED..................: 03-30-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $1,000.00     $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  381
OFF/CHG: T 21 USC 846/841: CONSP IN RELATION TO COCAINE TRAFFICKING/
         DIST & POSS OF COCAINE W/I TO DIST.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 12-08-1997




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DUB05   540*23  *         SENTENCE MONITORING        *     04-24-2008
PAGE 002         *          COMPUTATION DATA          *     15:17:38
                             AS OF 04-24-2008

REGNO..: 14352-112 NAME: CRUZ, SUSANA


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-03-2000 AT DUB AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-21-2000
TOTAL TERM IN EFFECT............:    168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     14 YEARS
EARLIEST DATE OF OFFENSE........: 12-08-1997

JAIL CREDIT.....................:       FROM DATE      THRU DATE
                                         10-23-1998    02-24-1999
                                         06-09-1999    01-20-2000

TOTAL PRIOR CREDIT TIME.........: 351
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 658
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 04-17-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-03-2013


PROJECTED SATISFACTION DATE.....: 04-17-2011
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DUB05   540*23 *           SENTENCE MONITORING          *     04-24-2008
PAGE 003 OF 003 *           COMPUTATION DATA             *     15:17:38
                            AS OF 04-24-2008

REGNO..: 14352-112 NAME: CRUZ, SUSANA


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 07-11-2001
AGENCY.......: IMMIGRATION & NATURALIZATION
CHARGES......: POSS DEPORTATION










G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

# FINANCIAL AFFIDAVIT

CJA 23
REV. 1/90

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
| United States vs. Susana Cruz | FOR: Honorable Judge Singleton<br>AT: District of Alaska |

RECEIVED JUN 0 9 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

LOCATION NUMBER

DOCKET NUMBERS
Magistrate
District Court: A98-0133 CR (JKS)
Court of Appeals

PERSON REPRESENTED (Show your full name)
Susana Cruz, Reg. 14352-112
5701 8th Street, Camp Parks
Dublin, California 94568

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) § 3592(c)(2)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
Conspiracy to possess with intent to distribute cocaine, in violation of §§ 841(a)(1) & 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: FCI Dublin, 5701 8th Street, Dublin, CA 94568
IF YES, how much do you earn per month? $ 15.00
IF NO, give month and year of last employment. How much did you earn per month $ -0-
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month $ -0-
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ -0-

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | -0- | N/A |
| | -0- | N/A |
| | -0- | N/A |

**CASH** Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ -0-

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE VALUE AND DESCRIBE IT | -0- | N/A |
| | -0- | N/A |
| | -0- | N/A |
| | -0- | N/A |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ WIDOWED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: I am unable to support any of my family members due of my incarceration

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | N/A | $ -0- | $ -0- |
| | N/A | $ -0- | $ -0- |
| | N/A | $ -0- | $ -0- |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Susana Cruz*

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.