- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES                          v.    SUSANA CRUZ (D-04)

THE HONORABLE H. RUSSEL HOLLAND              CASE NO.   3:98-cr-0133-HRH

Deputy Clerk                                 Official Recorder

_____                  _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant Susana Cruz has moved for modification of her sentence pursuant to 18 U.S.C. § 3582(c)(2). (Docket No. 500.)

This matter is not referred to a United States magistrate judge.

The Government will please serve and file its response to the motion on or before July 2, 2008. Defendant may serve and file a reply on or before July 17, 2008.