NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SUSANA CRUZ,<br><br>　　　　　　Defendant. | CASE NO.  3:98-CR-0133-HRH<br><br>**GOVERNMENT'S MOTION TO ACCEPT LATE-FILED RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE**<br><br>**<u>FILED ON SHORTENED TIME</u>** |

　　　The United States files with the court a Motion to Accept its Response in Opposition to Defendant's Motion for Modification of Sentence Late-Filed.  Said request is based on the fact that government counsel mis-calendared the time due for its response thinking it was the due the end of this business week, July 11, 2008.  While the matter was only recently assigned to the undersigned from another Assistant U.S. Attorney, the re-assignment occurred at a time when

government counsel was involved in trial preparation.  With the postponement of the trial government counsel re-visited the instant motion but neglected to properly calendar the response for July 2, 2008, alternatively mentally calendaring the response, in error, for July 11, 2008  Government counsel was out of the office Monday and Tuesday of this week, and upon return was advised by the court's case management clerk in a voice mail of the missed deadline.  This response was prepared as the first item of business upon return to the office .  Government counsel apologizes for the oversight and requests that the court accept the government's opposition and response late filed.  It is not believed that the delay prejudices the defendant's motion in any manner.

RESPECTFULLY SUBMITTED this day, July 9, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Steven E. Skrocki
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008
a copy of the foregoing was served
electronically:
Rich Curtner

s/ Steven E. Skrocki