IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SUSANA CRUZ,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:98-CR-0133-HRH<br><br>**[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO ACCEPT LATE-FILED RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE** |

Having considered the government's motion, for good cause shown, the court hereby grants the motion to accept the government's late filed response in opposition to defendant's motion for modification of sentence.

IT IS SO ORDERED.

_____          _____
DATE                                                HONORABLE H. RUSSEL HOLLAND