```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
         vs.                     )
                                 )
JUAN VALDEZ, et al.,             )
                                 )
                    Defendants.  )
_____)
                                 )   No. 3:98-cr-0133-HRH
This Order Pertains to:          )
                                 )
SUSANA CRUZ            [D-04]    )
_____)
```

O R D E R

Motion to Accept Late-Filed Response

Having considered the government's motion,[1] and for good cause shown, the court hereby grants the motion to accept the government's late-filed response in opposition to defendant's motion for modification of sentence.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>10th</u> day of July, 2006.


                              /s/ H. Russel Holland
                              United States District Judge

---

[1] Docket No. 507.