IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,    )<br>                              )<br>      vs.                    )<br>                              )<br>JUAN VALDEZ, et al.,          )<br>                              )<br>            Defendants.       )<br>_____)<br>                              )<br>This Order Pertains to:       )<br>                              )<br>SUSANA CRUZ         [D-04]   )<br>_____) | No. 3:98-cr-0133-HRH |

O R D E R

Appointment of Counsel

Defendant Susana Cruz moves <u>pro se</u> for a modification of the sentence imposed by the court, pursuant to 18 U.S.C. § 3582(c)(2).[1] The motion is opposed by the Government.

Each of the defendant and the Government has raised issues in their respective filings that have not been answered by the other. The court believes that its understanding of the issues raised by defendant Susana Cruz will be enhanced if the matter now under consideration is rebriefed. To that end, the court, <u>sua sponte</u>, calls upon the Federal Public Defender to appoint counsel to assist

---

[1] Docket No. 500.

defendant with rebriefing of her motion pursuant to 18 U.S.C. § 3285(c)(2).

Defendant's further briefing of the matter now under consideration shall be served and filed within 30 days following the appearance of counsel. The Government's opposition shall be served and filed 15 days following the filing of defendant's brief. Defendant may have an additional 15 days within which to file a reply memorandum.

The court will determine whether a hearing is necessary at a later date. If there is a hearing in this matter, appointed counsel shall be responsible for arranging for the telephonic participation of defendant Cruz in any such hearing.

In addition to service by electronic notification (CM/ECF), the clerk will please mail a copy of this order directly to defendant:

>   Susana Cruz
>   Reg. No. 14352-112
>   Federal Correctional Institution
>   5701 8th Street, Camp Parks
>   Dublin, CA 94568

DATED at Anchorage, Alaska, this <u>11th</u> day of July, 2008.

/s/ H. Russel Holland
United States District Judge