Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SUSANA CRUZ,<br><br>        Defendant. | NO. 3:98-cr-00133-04-HRH<br><br>**ENTRY OF APPEARANCE** |

        Pursuant to the Order at Docket No. 510, Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant SUSANA CRUZ (D-4) in the above-captioned action.

        DATED at Anchorage, Alaska this 17th day of July 2008.

        Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on July 17, 2008,
a copy of the **Entry of Appearance**
was served electronically on:

Steven E. Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner