Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUSANA CRUZ,<br><br>　　　　　Defendant. | NO. 3:98-cr-00133–04-HRH<br><br>**SUSANA CRUZ'S SUPPLEMENTAL BRIEFING RE:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)** |

　　　　Susana Cruz filed a *pro se* motion for a reduction of her sentence pursuant to 18 U.S.C. § 3582(c)(2) on June 9, 2008 (Docket No. 500).  Ms. Cruz's motion was specifically based on Amendment 709 of the Sentencing Guidelines.  Amendment 709 addresses concerns that some misdemeanor and petty offenses counted under the guidelines involve conduct that is not serious enough to warrant increased punishment upon sentencing for a subsequent offense.

　　　　Mr. Cruz argues that Amendment 709 should be applied retroactively to her case.  Ms. Cruz received three criminal history points based on a shoplifting conviction

from 1997.  [PSR ¶¶ 34-37]   She requests her guideline criminal history category be reduced from a Category III to a Category I.

Ms. Cruz's second argument is that she should be resentenced consistent with the holding of *United States v. Booker*, 543 U.S. 220 (2005).  Her argument is based on the Ninth Circuit decision in *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007), which held that *Booker* applies to resentencing proceedings under 18 U.S.C. § 3582(c)(2).  Therefore, the new adjusted guideline range would be advisory rather than mandatory at resentencing.

The government's opposition (Docket No. 509) fails to address either one of these arguments.  The government mistakes Ms. Cruz's motion as based on the "crack amendment," Amendment 706.  The government fails to address Ms. Cruz's argument under Amendment 709, or Ms. Cruz's request for a "Hicks" resentencing.

Ms. Cruz should be entitled to a resentencing at which this court can accurately calculate her guideline range, and then appropriately sentence her under the factors of 18 U.S.C. § 3582(a), consistent with *United States v. Booker*.

DATED at Anchorage, Alaska this 18th day of August 2008.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on August 18, 2008,
a copy of ***Susana Cruz's Supplemental Briefing Re: Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)*** was served electronically on:

Steven Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: steven.skrocki@usdoj.gov

s/Rich Curtner