- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES                               v.   SUSANA CRUZ (D-04)

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:98-cr-0133-HRH

    Deputy Clerk                           Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court is in receipt of defendant's supplemental briefing on a motion for reduction of sentence. (Docket No. 516.)

The Government will please serve and file its supplemental brief on or before September 22, 2008.

The court will be taking this matter up simultaneously with a like motion in United States v. Walton, No. 3:97-cr-0092.