Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>SUSANA CRUZ,<br><br>        Defendant. | NO. 3:98-cr-00133–04-HRH<br><br>***ERRATA* TO SUSANA CRUZ'S SUPPLEMENTAL BRIEFING RE: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c) *[Filed August 18, 2008, at Docket No. 516]*** |

Susana Cruz files this *errata* to her Supplemental Briefing Re: Motion for

Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), filed August 18, 2008, at Docket

No. 516.  The citation listed on Page 2 of the Supplemental Briefing should be **18 U.S.C.**

**§ 3553(a)**, instead of 18 U.S.C. § 3582(a).

DATED at Anchorage, Alaska this 27th day of August 2008.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:

I certify that on August 27, 2008,
a copy of **Errata to *Susana Cruz's
Supplemental Briefing Re:  Motion
for Reduction of Sentence Pursuant
to 18 U.S.C. § 3582(c)*** was served
electronically on:

Steven Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: steven.skrocki@usdoj.gov

s/Rich Curtner _____